```
CLERK'S OFFICE U.S. DIST. COURT
       AT ROANOKE, VA
            FILED
        MAY 3 1 2007
  JOHN F. CORCORAN, CLERK
  BY:
        DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**ODALIS HARRIS,**
    Petitioner,                              Civil Action No. 7:07-cv-00271

v.                                            **MEMORANDUM OPINION**

**DEPARTMENT OF CORRECTIONS,**      By:    Hon. James C. Turk
    Respondent.                                  Senior United States District Judge

        The petitioner, a Virginia inmate proceeding pro se, has submitted to the court this petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. However, court records indicate that the petitioner has previously filed a § 2254 petition in this court, concerning the same conviction, Civil Action No. 7:01-cv-00392 (W.D. Va. 2001); his appeal was subsequently dismissed by the United States Court of Appeals for the Fourth Circuit. Thus, the petitioner's current petition is a subsequent one, falling under the successive petition provisions of the federal habeas statutes in 28 U.S.C. § 2244(b). Pursuant to this section, a federal district court may consider a second or successive § 2254 petition only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the petition meet certain criteria. § 2244(b). Because the petitioner has not submitted any evidence that he has obtained such certification by the Court of Appeals, the court will dismiss the petition without prejudice as successive.[*]

        The Clerk is directed to send copies of this memorandum opinion and the accompanying order to the petitioner.

        ENTER: This _31st_ day of _May_, 2007.

                                                          _/s/ James C. Turk_
                                               Senior United States District Judge

---

[*] A Fourth Circuit form and instructions for filing a request for certification to file a subsequent petition are available from the Fourth Circuit at the following address: Office of the Clerk, United States Court of Appeals for the Fourth Circuit, 900 E. Main St., Richmond, VA 23219.