CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**MAY 3 1 2007**

JOHN F. CORCORAN, CLERK
BY: *J Bush*
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

ODALIS HARRIS,
    **Petitioner,**

v.

**DEPARTMENT OF CORRECTIONS,**
    **Respondent.**

Civil Action No. 7:07-cv-00271

**DISMISSAL ORDER**

By:   Hon. James C. Turk
       Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is now

### ORDERED

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2254, shall

be and hereby is **DISMISSED** without prejudice as successive.

    The Clerk is directed to send a copy of this order and the accompanying memorandum

opinion to the petitioner.

    ENTER: This ___31st___ day of May, 2007.

_____
Senior United States District Judge