CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**MAY 3 1 2007**

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

**ODALIS HARRIS,**
      **Petitioner,**

**v.**

**DEPARTMENT OF CORRECTIONS,**
      **Respondent.**

**Civil Action No. 7:07-cv-00271**

**DISMISSAL ORDER**

**By:   Hon. James C. Turk**
      **Senior United States District Judge**

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2254, shall

be and hereby is **DISMISSED** without prejudice as successive.

The Clerk is directed to send a copy of this order and the accompanying memorandum

opinion to the petitioner.

ENTER: This _____ day of May, 2007.

_____
Senior United States District Judge